| *Attorney or Party without Attorney:*<br>BURSOR & FISHER, P.A.<br>L. TIMOTHY FISHER (SBN 191626)<br>1990 N. CALIFORNIA BLVD. #940<br>WALNUT CREEK , CA 94596<br>   *Telephone No:*   925-300-4455<br><br>   *Attorney For:*   Plaintiff | *For Court Use Only* |
|---|---|

| *Ref. No. or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:*   AREZO HARIS, on behalf of himself and all others similarly situated
*Defendant:*   SOOTHE, INC.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>4:18-CV-00106-HSG |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET; STANDING ORDER FOR CIVIL CASES BEFORE DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.; ECF REGISTRATION INFORMATION; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; FILING PROCEDURES (OAKLAND); WAIVER OF THE SERVICE OF SUMMONS; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

3. *a.   Party served:*   SOOTHE, INC.
            MERLIN KAUFFMAN, AGENT FOR SERVICE OF PROCESS
   *b.   Person served:*   SIMON HEYRICK, CHIEF FINANCIAL OFFICER. AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. *Address where the party was served:*   1800 NORTH HIGHLAND AVENUE SUITE 600, LOS ANGELES, CA 90028

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jan 12 2018 (2) at: 12:49 PM

6. **Person Who Served Papers:**
   a. Javier Sanchez (2014115318, Los Angeles)                    d. *The Fee for Service was:*
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

01/19/2018
_____
*(Date)*

_____
*(Signature)*



**PROOF OF
SERVICE**

*1950162*
*(7460530)*